# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Darell Oneil Boston, Petitioner.

Appellate Case No. 2021-000549

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Charleston County
R. Markley Dennis Jr., Circuit Court Judge

---

Opinion No. 28137
Heard December 13, 2022 – Filed March 1, 2023

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

David Nelson Lyon, of Duff, Freeman, Lyon, and Chief Appellate Defender Robert Michael Dudek, both of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Mark Reynolds Farthing, both of Columbia, and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *State v. Boston*, 433 S.C. 177, 857 S.E.2d 27 (Ct. App. 2021). We now dismiss the writ as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**

---

[1] Counsel for Petitioner handled this appeal as part of the Appellate Practice Project. We applaud the professional ability of counsel and admire his willingness to volunteer his time and efforts in representing Petitioner.